UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
SOUND SHORE SALVAGE, INC. d/b/a SEA
TOW WESTERN LONG ISLAND SOUND,

                Plaintiff,                C.A. No.: 07 CIV 7976

    -against-

JEFFREY S. WASSERMAN,

                Defendant.
-----------------------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for Plaintiff, SOUND SHORE SALVAGE, INC. d/b/a SEA TOW WESTERN LONG ISLAND SOUND, certifies that no corporate parent and no publicly held corporation owns any of its stock.

Dated:    New York, NY
             September 10, 2007

                                      DEORCHIS, WIENER & PARTNERS, LLP
                                      Attorneys for Plaintiff

                                      By: _____
                                      John K. Fulweiler, Esquire
                                      DEORCHIS, WIENER & PARTNERS, LLP
                                      61 Broadway, 26th Floor
                                      New York, NY 10006
                                      212-344-4700 (Tel.)
                                      212-422-5299 (Fax)
                                      jfulweiler@marinelex.com
                                      Our File: 2328-2