UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
SOUND SHORE SALVAGE, INC. d/b/a SEA
TOW WESTERN LONG ISLAND SOUND,

                Plaintiff,           C.A. No.: 07 CIV 7976

    -against-

JEFFREY S. WASSERMAN,

                Defendant.
---------------------------------------------------------------X

**NOTICE OF FILING AFFIDAVIT OF ATTEMPTED
<u>SERVICE OF SUMMONS AND COMPLAINT</u>**

    Plaintiff, SOUND SHORE SALVAGE, INC. d/b/a SEA TOW WESTERN LONG ISLAND SOUND by and through its undersigned counsel, hereby files an Affidavit of Attempted Service of Summons and Complaint attached hereto as Exhibit "A".

Dated:    New York, NY
           October 10, 2007

                                      DEORCHIS, WIENER & PARTNERS, LLP
                                      Attorneys for Plaintiff

                                      By:   /s/John K. Fulweiler
                                            DEORCHIS, WIENER & PARTNERS, LLP
                                            61 Broadway, 26th Floor
                                            New York, NY 10006
                                            212-344-4700 (Tel.)
                                            212-422-5299 (Fax)
                                            jfulweiler@marinelex.com
                                            Our File: 2328-2