UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUND SHORE SALVAGE, INC., d/b/a SEA TOW WESTERN LONG ISLAND SOUND,<br><br>Plaintiff<br>v.<br><br>JEFFREY S. WASSERMAN,<br><br>Defendant | ) Case No.: **07 CIV 7976**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ATTEMPTED SERVICE

STATE OF New York: COUNTY OF Rockland   ss:

I, David A. Bacharach, being duly sworn, deposes and says; deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **SEPTEMBER 17, 2007** at **8:20 PM** at **159 EAST 30TH STREET, NEW YORK, NEW YORK 10016**, deponent attempted to serve the within **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT IN ADMIRALTY** on **JEFFREY S. WASSERMAN** defendant therein named.

Deponent spoke with the doorman/concierge (male, black skin – did not identify himself) who said the defendant was not at home. He said the defendant had left earlier and he was not sure when he would be back.

On **SEPTEMBER 20, 2007** at **9:50 PM** at **159 EAST 30TH STREET, NEW YORK, NEW YORK 10016**, deponent again attempted to serve **JEFFREY S. WASSERMAN** defendant. The same doorman/concierge that was present on September 17, 2007 was present again that evening. Deponent again informed the doorman/concierge that I was there to see Mr. Wasserman. The doorman/concierge said that Mr. Wasserman was home but refused to call upstairs. Deponent explained that these were very important legal documents regarding a matter pending in the U.S. District Court. Doorman/concierge again refused to advise Mr. Wasserman and denied deponent's request to go up to Mr. Wasserman's apartment. Doorman/Concierge repeatedly stated that he was not allowed to grant my requests because a 'similar situation' had occurred in the building in the past and that 'his bosses' would not allow him to call upstairs or allow me to go upstairs.

Service was again attempted on **SEPTEMBER 21, 2007** at **7:30 AM**, **SEPTEMBER 24, 2007** at **8:30 AM**, and on **SEPTEMBER 26, 2007** at **8:05 AM**. On all dates the various doormen on duty claimed to call upstairs and claimed that Mr. Wasserman was not answering. All doormen refused to allow anyone upstairs.

After due diligence, deponent was unable to serve the above named documents on the defendant at the given address.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

David A. Bacharach   Lic. #.:1095841

Subscribed and sworn to before me, a notary public, on this ___2nd___ day of ___October___, 2007.

Notary Public

ALICIA C RAIMONDI
Notary Public - State of New York
NO. 01RA6160026
Qualified in Rockland County
My Commission Expires 1/29/11



PLAINTIFF'S EXHIBIT
A