UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SOUND SHORE SALVAGE, INC. d/b/a SEA
TOW WESTERN LONG ISLAND SOUND,

      Plaintiff,    C.A. No.: 07 CIV 7976

 -against-

JEFFREY S. WASSERMAN,

      Defendant.
---------------------------------------------------------------X

## NOTICE OF FILING AFFIDAVIT OF
## SERVICE OF SUMMONS AND COMPLAINT

 Plaintiff, SOUND SHORE SALVAGE, INC. d/b/a SEA TOW WESTERN LONG ISLAND SOUND by and through its undersigned counsel, hereby files an Affidavit of Service of the Summons and Complaint attached hereto as Exhibit "A".

### Certificate of Service

 The undersigned hereby certifies that this document was (i) submitted to the Court's CM/ECF system on November 30, 2007 for service by the Court's Electronic Transmission facilities, and that courtesy copies were submitted (ii) via First Class U.S. Mail, postage prepaid to counsel believed to represent defendant, James E. Mercante, Esq., RUBIN FIORELLA & FRIEDMAN, LLP, 292 Madison Avenue, New York, NY 10017.

Dated: New York, NY
    November 30, 2007

           DEORCHIS, WIENER & PARTNERS, LLP
           Attorneys for Plaintiff

        By: /s/John K. Fulweiler
           DEORCHIS, WIENER & PARTNERS, LLP
           61 Broadway, 26th Floor
           New York, NY 10006
           212-344-4700 (Tel.)
           212-422-5299 (Fax)
           jfulweiler@marinelex.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUND SHORE SALVAGE, INC., d/b/a SEA TOW ) Case No.: **07 CIV 7976**
WESTERN LONG ISLAND SOUND, )
)
        Plaintiff )
    v. )
)
JEFFREY S. WASSERMAN, )
)
        Defendant )

---

### AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF New York   ss:

I, Di Cong Jiang, being duly sworn, deposes and says; deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **NOVEMBER 15, 2007** at **6:58 PM** at **159 EAST 30TH STREET, NEW YORK, NEW YORK 10016**, deponent served the within **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT IN ADMIRALTY** on **JEFFREY S. WASSERMAN** defendant therein named.

**SUITABLE AGE PERSON:** By delivering thereat a true copy of each to **"JOHN DOE" (Doorman-Concierge, Refused to provide name)** a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

NOTE: Deponent informed "John Doe" (Doorman-Concierge) that I was there to serve the above referenced documents on the defendant, Jeffrey S. Wasserman. "John Doe" called upstairs and confirmed that Mr. Wasserman was present. "John Doe" informed me that Mr. Wasserman refused to allow me upstairs and also refused to come downstairs. I believe that Mr. Wasserman then called "John Doe" back and had a brief conversation with him. I was unable to hear the conversation but did note that after the conversation "John Doe" started to become a bit nasty with me. I again informed "John Doe" as to the reason for my visit and the need to go upstairs and/or to speak to Mr. Wasserman directly. "John Doe" again refused my request and informed me that service of process was "not allowed" in the building. I explained to "John Doe" that if he would not allow me to go upstairs, and/or to speak with Mr. Wasserman directly, I would serve him as a person of suitable age and discretion. "John Doe" again refused my requests and I then served him.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: **Male**   Skin: **Black**   Hair: **Black**   Age: **36-50 Yrs.**   Height: **5'4"-5'8"**   Weight: **161-200 Lbs.**

(CONTINUED ON PAGE 2 OF 2)                                                                 PAGE 1 OF 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUND SHORE SALVAGE, INC., d/b/a SEA TOW ) Case No.: **07 CIV 7976**
WESTERN LONG ISLAND SOUND, )
)
)
                Plaintiff )
        v. )
)
JEFFREY S. WASSERMAN, )
)
                Defendant )

---

### AFFIDAVIT OF SERVICE (CONTINUED)

(CONTINUED FROM PAGE 1 OF 2)                                                                               PAGE 2 OF 2

Within 20 Days of such delivery or affixing, deponent completed service by enclosing a copy of same in a FIRST CLASS postpaid envelope, properly addressed to defendant at defendant's last known residence, at 159 EAST 30TH STREET, 21ST FLOOR, NEW YORK, NEW YORK 10016 and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within NEW YORK State.

MILITARY SERVICE: Upon information and belief defendant is not in the military service of the State of New York or the United States as that term is defined in either the State or in the Federal statutes.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

                                                      Di Cong Jiang    Lic. #.: 1220800

Subscribed and sworn to before me, a notary public, on this \_\_\_\_21ST\_\_\_\_ day of \_\_\_NOVEMBER\_\_\_, 2007.

Notary Public

DAVID A BACHARACH
Notary Public - State of New York
NO. 01BA6159025
Qualified in Rockland County
My Commission Expires 01/16/2011