# UNITED STATES DISTRICT COURT

Southern DISTRICT OF NEW YORK

SOUND SHORE SALVAGE, INC. d/b/a
SEA TOW WESTERN LONG ISLAND SOUND,

    PLAINTIFF,

-against-

JEFFREY S. WASSERMAN,

    DEFENDANT.

**APPEARANCE**

Case Number: 07-CV-7976 (Swain)(Peck)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Sound Shore Salvage, Inc. d/b/a Sea Tow Western Long Island Sound

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/21/2007 | *(signature)* |
| Date | Signature |
| | John K. Fulweiler, Esq.     JF-8471 |
| | Print Name    Bar Number |
| | DeOrchis, Wiener & Partners, LLP, 61 Broadway, 26th Fl. |
| | Address |
| | New York    NY    10006 |
| | City    State    Zip Code |
| | (212) 344-4700    (212) 422-5299 |
| | Phone Number    Fax Number |

## DECLARATION OF SERVICE BY MAIL

LAURIE BETRO, declares that:

I am not a party to this action, am over 18 years of age, and reside in Staten Island, New York. I am a legal secretary for DeOrchis, Wiener & Partners, LLP, the attorneys for the within named Defendants, with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On December 21, 2007, I served upon:

> James E. Mercante, Esq.
> RUBIN FIORELLA & FRIEDMAN, LLP
> 292 Madison Avenue
> New York, NY 10017

a true copy of the annexed:

> APPEARANCE

by depositing the same in a sealed and postage prepaid wrapper, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2007

_____
LAURIE BETRO