UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Sound Shore Salvage Inc.,

                Plaintiff(s),

-v-

Wasserman,

                Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 2 1 2007

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 7976 (LTS)(AJP)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                December 21, 2007

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge