UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

SOUND SHORE SALVAGE, INC. d/b/a
SEA TOW WESTERN LONG ISLAND SOUND,

          Plaintiff,

          -against-

JEFFREY S. WASSERMAN,

          Defendant.

------------------------------------------x

07 Civ. 7976 (LTS) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on February 4, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
               February 4, 2008

                                                Andrew J. Peck
                                                United States Magistrate Judge

Copies **by fax & ECF** to:    John Fulweiler, Esq.
                                       James Mercante, Esq.
                                       Judge Laura Taylor Swain

C:\ORD\DISMISS